# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2014

148765

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LEGACY FIVE, L.L.C.,
               Plaintiff-Appellant,

v

CITY OF JACKSON,
               Defendant-Appellee.

SC: 148765
COA: 318137

_____/

       On order of the Court, the application for leave to appeal the November 26, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the order of the Court of Appeals, for the reasons stated by the Court of Appeals dissenting judge, and we REMAND this case to the Court of Appeals for further proceedings.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2014



t0514

Clerk